```
                                              RECEIPT # 57063
                                              AMOUNT $ 150
         UNITED STATES DISTRICT COURT         SUMMONS ISSUED N/A
           DISTRICT OF MASSACHUSETTS          LOCAL RULE 4.1
                                              WAIVER FORM
                                              MCF ISSUED
OPENPAGES, INC.,           )                  BY DPTY. CLK.
                           )  Civil Action No.   DATE 7-1-04
         Plaintiff,        )
                           )
    - v -                  )
                           )
SAUMYA RANA,               )
                           )  04 cv 11500 JLT
         Defendant.        )
                           )
```

**NOTICE OF REMOVAL**   MAGISTRATE JUDGE _____

Pursuant to 28 U.S.C. § 1446, Defendant, Saumya Rana ("Rana"), hereby notices the removal of the above-captioned action from the Superior Court of the Commonwealth of Massachusetts, Suffolk County, Civil Action No. 04-2404 BLS. In support thereof, Rana states the following:

1. On or about June 2, 2004, Plaintiff OpenPages, Inc. ("OpenPages") filed a Verified Complaint, Emergency Motion for an *Ex Parte* Temporary Restraining Order and Preliminary Injunction, Motion for Short Order of Notice, and Motion For Appointment as Process Server in the Superior Court of the Commonwealth of Massachusetts, Suffolk County (hereinafter, "Superior Court"), Civil Action No. 04-2404 BLS (the "State Court Action").

2. On that same date, the Superior Court issued a summons and entered an *ex parte* Temporary Restraining Order against Rana, as well as an Order to Show Cause why a Preliminary Injunction should not be entered, returnable on June 10, 2004. On June 3, 2004, the Summons and Temporary Restraining Order were served via hand delivery upon Rana.

3. Attached hereto as Exhibit 1 is a copy of the Verified Complaint. Attached hereto as Exhibit 2 are copies of the Emergency Motion for an *Ex Parte* Temporary Restraining Order

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __OpenPages, Inc. v. Saumya Rana__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,       *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

   _X_  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___  V.   150, 152, 153.

   **04 cv 11500 JLT**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   __N/A__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ___   NO _X_

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ___   NO _X_

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ___   NO ___

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ___   NO _X_

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES _X_   NO ___

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division _X_    Central Division ___    Western Division ___

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division ___    Central Division ___    Western Division ___

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES _X_   NO ___

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Kenneth D. Small__
ADDRESS __100 Summer Street, Boston, MA 02110__
TELEPHONE NO. __617-646-2000__

(Coversheetlocal.wpd - 10/17/02)

and Preliminary Injunction, Memorandum In Support of *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction, Motion for Short Order of Notice, and Motion for Appointment of Process Server. Attached hereto as Exhibit 3 are copies of the Summons and Temporary Restraining Order. Attached hereto as Exhibit 4 is a copy of the parties' June 9, 2004 Joint Motion to adjourn the hearing of Plaintiff's preliminary injunction motion, to extend Defendant's time to respond to the Complaint, and to continue the *ex parte* Temporary Restraining Order. Attached hereto as Exhibit 5 is a copy of the parties' June 24, 2004 Joint Motion to further adjourn the hearing, to further extend the time for Defendant to respond to the Complaint, and to continue the *ex parte* Temporary Restraining Order. These documents constitute all of the papers and pleadings served in the State Court Action.

4. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

5. As of the date of the filing of this Notice of Removal, no further proceedings have been had in the Superior Court in the State Court Action.

7. The Complaint alleges claims for damages for breach of contract, breach of the covenant of good faith and fair dealing, and misappropriation of trade secrets and confidential information.

8. This Court has jurisdiction over the above-described action pursuant to 28 U.S.C. § 1332 because:

    (a)    OpenPages is, and at the time this action was filed was, a privately held Delaware corporation with a principal place of business at 201 Jones Road, Waltham, Middlesex County, Massachusetts.

    (b)    Rana is, and at the time this action was filed was, a California resident residing at 30 Calle Boveda, San Clemente, California.

    (c)    The amount in controversy exceeds $75,000, exclusive of interest and costs.

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** OPENPAGES, INC.

**DEFENDANTS** SAUMYA RANA

**04c 11500 JLT**

(b) County of Residence of First Listed Plaintiff  Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed San Clemente, Orange County,
(IN U.S. PLAINTIFF CASES ONLY)  California
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) 617-526-6000
Lisa Stephanian Burton BBO#: 562096
Jessica Foster BBO#: 636841
Shari Kleiner BBO#: 652641
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street, Boston, MA 02109

Attorneys (If Known)
Kenneth D. Small BBO#: 567868
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Jurisdiction: 28 U.S.C. §1332. Plaintiff alleges breach of contract, breach of covenant of good faith and fair dealing and misappropriation of trade secrets and confidential information.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE
DOCKET NUMBER

DATE 7/1/04

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____