## ADDENDUM TO CATEGORY SHEET

1. On or about June 2, 2004, Plaintiff OpenPages, Inc. ("OpenPages") filed an Emergency Motion for an *Ex Parte* Temporary Restraining Order and Preliminary Injunction in the Superior Court of the Commonwealth of Massachusetts, Suffolk County (hereinafter, "Superior Court"), Civil Action No. 04-2404 BLS (the "State Court Action").

2. On that same date, the Superior Court issued a summons and entered an *ex parte* Temporary Restraining Order against Rana, as well as an Order to Show Cause why a Preliminary Injunction should not be entered, returnable on June 10, 2004.

3. On June 10, 2004 the Court allowed Joint Motion to adjourn the hearing of Plaintiff's preliminary injunction motion, to extend Defendant's time to respond to the Complaint, and to continue the *ex parte* Temporary Restraining Order.

4. On June 24, 2004, the Parties filed a Joint Motion to further adjourn the hearing, to further extend the time for Defendant to respond to the Complaint, and to continue the *ex parte* Temporary Restraining Order.

5. In the June 24, 2004 Joint Motion, the parties requested that a hearing on Plaintiff's Motion for Preliminary Injunction be postponed until the later of July 9, 2004 or the date the parties notified the Court of a request for a hearing, and the parties extended the time for Defendant to respond to the Complaint until July 12, 2004.

00011142.DOC

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County:_____ |
|---|---|---|

**PLAINTIFF(S)**
NPAGES

**DEFENDANT(S)**
SAUMYA RANA

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE**
Harry T. Daniels (BBO #113800); Lisa Stephanian Burton (BBO #562096); Jessica A. Foster (BBO #636841)
Wilmer, Cutler, Pickering, Hale and Dorr LLP,
Board of Bar Overseers number: 60 State St., Boston, MA 02109
(617) 526-6000

**ATTORNEY (if known)**

Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| D01 | Specific Performance of Contract | (F) | (X) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................. $..........
2. Total Doctor expenses .............................................. $..........
3. Total chiropractic expenses ........................................ $..........
4. Total physical therapy expenses .................................... $..........
5. Total other expenses (describe) .................................... $..........
                                                        Subtotal $..........
B. Documented lost wages and compensation to date ........................ $..........
C. Documented property damages to date .................................. $..........
D. Reasonably anticipated future medical and hospital expenses ............ $..........
E. Reasonably anticipated lost wages ..................................... $..........
F. Other documented items of damages (describe)
                                                                 $..........
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

This is an action for breach of contract and equitable relief to prevent misuse of trade secrets and confidential information. The amount of damages is presently unknown but, in any event, exceeds $25,000.   $..........
                                                        TOTAL $..........

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

                                                        TOTAL $..........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____Lisa Stephania Burton_____ DATE: 6/2/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENPAGES, INC., ) | |
| ) | Civil Action No. _____ |
| Plaintiff, ) | |
| ) | |
| - v- ) | |
| ) | |
| SAUMYA RANA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Defendant, Saumya Rana ("Rana"), hereby notices the removal of the above-captioned action from the Superior Court of the Commonwealth of Massachusetts, Suffolk County, Civil Action No. 04-2404 BLS. In support thereof, Rana states the following:

1.   On or about June 2, 2004, Plaintiff OpenPages, Inc. ("OpenPages") filed a Verified Complaint, Emergency Motion for an *Ex Parte* Temporary Restraining Order and Preliminary Injunction, Motion for Short Order of Notice, and Motion For Appointment as Process Server in the Superior Court of the Commonwealth of Massachusetts, Suffolk County (hereinafter, "Superior Court"), Civil Action No. 04-2404 BLS (the "State Court Action").

2.   On that same date, the Superior Court issued a summons and entered an *ex parte* Temporary Restraining Order against Rana, as well as an Order to Show Cause why a Preliminary Injunction should not be entered, returnable on June 10, 2004. On June 3, 2004, the Summons and Temporary Restraining Order were served via hand delivery upon Rana.

3.   Attached hereto as Exhibit 1 is a copy of the Verified Complaint. Attached hereto as Exhibit 2 are copies of the Emergency Motion for an *Ex Parte* Temporary Restraining Order

# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. _____

OPENPAGES, INC. _____, Plaintiff(s)

v.

SAUMYA RANA _____, Defendant(s)

## SUMMONS

To the above-named Defendant: Saumya Rana

You are hereby summoned and required to serve upon Harry T. Daniels, Esq. plaintiff's attorney, whose address is Wilmer, Cutler, Pickering, Hale and Dorr LLP, 60 State St., Boston, MA 02109 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the _____ day of June _____, in the year of our Lord two thousand and four.

*Michael Joseph Donovan*

Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

and Preliminary Injunction, Memorandum In Support of *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction, Motion for Short Order of Notice, and Motion for Appointment of Process Server. Attached hereto as Exhibit 3 are copies of the Summons and Temporary Restraining Order. Attached hereto as Exhibit 4 is a copy of the parties' June 9, 2004 Joint Motion to adjourn the hearing of Plaintiff's preliminary injunction motion, to extend Defendant's time to respond to the Complaint, and to continue the *ex parte* Temporary Restraining Order. Attached hereto as Exhibit 5 is a copy of the parties' June 24, 2004 Joint Motion to further adjourn the hearing, to further extend the time for Defendant to respond to the Complaint, and to continue the *ex parte* Temporary Restraining Order. These documents constitute all of the papers and pleadings served in the State Court Action.

4. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

5. As of the date of the filing of this Notice of Removal, no further proceedings have been had in the Superior Court in the State Court Action.

7. The Complaint alleges claims for damages for breach of contract, breach of the covenant of good faith and fair dealing, and misappropriation of trade secrets and confidential information.

8. This Court has jurisdiction over the above-described action pursuant to 28 U.S.C. § 1332 because:

   (a) OpenPages is, and at the time this action was filed was, a privately held Delaware corporation with a principal place of business at 201 Jones Road, Waltham, Middlesex County, Massachusetts.

   (b) Rana is, and at the time this action was filed was, a California resident residing at 30 Calle Boveda, San Clemente, California.

   (c) The amount in controversy exceeds $75,000, exclusive of interest and costs.

9. Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the Commonwealth of Massachusetts, Suffolk County, and will give written notice of the removal to Plaintiff through its attorney of record in the State Court Action.

WHEREFORE, Defendant Saumya Rana requests that the action pending against her in the Superior Court of Suffolk County, Commonwealth of Massachusetts, Civil Action No. 04-2404 BLS, be removed to this court.

Respectfully submitted,

Saumya Rana

By her attorneys,

/s/ Kenneth D. Small

Kenneth D. Small, (BBO# 567868)
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

Michael B. Carlinsky, Esq.
Partha P. Chattoraj
Quinn Emanuel Urquhart Oliver & Hedges, LLP
335 Madison Avenue, 17th Floor
New York, NY 10017
(212) 702-8100

Dated: July ___, 2004