UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENPAGES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAUMYA RANA, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-CV-11500-JLT |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to U.S.D.C. Local Rule 83.5.2 (e), that effective July 6, 2004, Sherin and Lodgen LLP has relocated its offices to 101 Federal Street, Boston, Massachusetts 02110. The telephone and fax numbers are the same.

SAUMYA RANA
By her attorneys,

/s/ Kenneth D. Small
Kenneth D. Small BBO#: 567868
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated: July 8, 2004

00012793.DOC