**Sherin AND Lodgen LLP**
Legal Precision and Innovation

Counsellors at Law
101 Federal Street  Boston, MA 02110
T: 617.646.2000  F: 617.646.2222
www.sherin.com

Kenneth D. Small
Direct Dial: 617.646.2223
e-mail: kdsmall@sherin.com



July 12, 2004

**BY HAND**

Civil Clerk's Office
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:    Openpages, Inc. v. Saumya Rana
            <u>C.A. No. 04-11500JLT</u>

Dear Sir or Madam:

    I enclose for filing certified copies of documents from the Suffolk Superior Court in connection with the removal of this case to the United States District Court.

    Thank you for your attention to this matter.

                                   Very truly yours,

                                   Kenneth D. Small

KDS:rm
Enclosures
cc:    Lisa Stephanian Burton, Esq.
        Partha P. Chattoraj, Esq.

00013136.DOC



Suffolk Superior Court
# 04-2404

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OPENPAGES, INC., | ) | Civil Action No. _____ |
| Plaintiff, | ) | |
| -v- | ) | |
| SAUMYA RANA, | ) | 04cv11500 JLT |
| Defendant. | ) | |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Defendant, Saumya Rana ("Rana"), hereby notices the removal of the above-captioned action from the Superior Court of the Commonwealth of Massachusetts, Suffolk County, Civil Action No. 04-2404 BLS. In support thereof, Rana states the following:

1. On or about June 2, 2004, Plaintiff OpenPages, Inc. ("OpenPages") filed a Verified Complaint, Emergency Motion for an *Ex Parte* Temporary Restraining Order and Preliminary Injunction, Motion for Short Order of Notice, and Motion For Appointment as Process Server in the Superior Court of the Commonwealth of Massachusetts, Suffolk County (hereinafter, "Superior Court"), Civil Action No. 04-2404 BLS (the "State Court Action").

2. On that same date, the Superior Court issued a summons and entered an *ex parte* Temporary Restraining Order against Rana, as well as an Order to Show Cause why a Preliminary Injunction should not be entered, returnable on June 10, 2004. On June 3, 2004, the Summons and Temporary Restraining Order were served via hand delivery upon Rana.

3. Attached hereto as Exhibit 1 is a copy of the Verified Complaint. Attached hereto as Exhibit 2 are copies of the Emergency Motion for an *Ex Parte* Temporary Restraining Order

and Preliminary Injunction, Memorandum In Support of *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction, Motion for Short Order of Notice, and Motion for Appointment of Process Server. Attached hereto as Exhibit 3 are copies of the Summons and Temporary Restraining Order. Attached hereto as Exhibit 4 is a copy of the parties' June 9, 2004 Joint Motion to adjourn the hearing of Plaintiff's preliminary injunction motion, to extend Defendant's time to respond to the Complaint, and to continue the *ex parte* Temporary Restraining Order. Attached hereto as Exhibit 5 is a copy of the parties' June 24, 2004 Joint Motion to further adjourn the hearing, to further extend the time for Defendant to respond to the Complaint, and to continue the *ex parte* Temporary Restraining Order. These documents constitute all of the papers and pleadings served in the State Court Action.

4. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

5. As of the date of the filing of this Notice of Removal, no further proceedings have been had in the Superior Court in the State Court Action.

7. The Complaint alleges claims for damages for breach of contract, breach of the covenant of good faith and fair dealing, and misappropriation of trade secrets and confidential information.

8. This Court has jurisdiction over the above-described action pursuant to 28 U.S.C. § 1332 because:

   (a) OpenPages is, and at the time this action was filed was, a privately held Delaware corporation with a principal place of business at 201 Jones Road, Waltham, Middlesex County, Massachusetts.

   (b) Rana is, and at the time this action was filed was, a California resident residing at 30 Calle Boveda, San Clemente, California.

   (c) The amount in controversy exceeds $75,000, exclusive of interest and costs.

9.  Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the Commonwealth of Massachusetts, Suffolk County, and will give written notice of the removal to Plaintiff through its attorney of record in the State Court Action.

WHEREFORE, Defendant Saumya Rana requests that the action pending against her in the Superior Court of Suffolk County, Commonwealth of Massachusetts, Civil Action No. 04-2404 BLS, be removed to this court.

Respectfully submitted,

Saumya Rana

By her attorneys,

Kenneth D. Small, (BBO# 567868)
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

Michael B. Carlinsky, Esq.
Partha P. Chattoraj
Quinn Emanuel Urquhart Oliver & Hedges, LLP
335 Madison Avenue, 17th Floor
New York, NY 10017
(212) 702-8100

I HEREBY ATTEST AND CERTIFY ON JULY 6, 2004, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
ASSISTANT CLERK.

Dated: July 1, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 7/1/04.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                SUPERIOR COURT DEPARTMENT
                                            OF THE TRIAL COURT

OPENPAGES, INC.,

    Plaintiff,                     Civil Action No. 04-24-4 BLS2   04-2404

v.                                          Judge Botsford

SAUMYA RANA,

    Defendant.

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO THE CLERK OF SUFFOLK SUPERIOR COURT BUSINESS SESSION:

Please take notice that on July 1, 2004, the Defendant Saumya Rana filed a Notice of Removal in the above captioned case with the United States District Court for the District of Massachusetts. A certified copy of the Notice of Removal is filed herewith.

Respectfully submitted,

Saumya Rana

By her attorneys,

*/s/ Kenneth D. Small*
Kenneth D. Small, (BBO# 567868)
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

Michael B. Carlinsky, Esq.
Partha P. Chattoraj
Quinn Emanuel Urquhart Oliver & Hedges, LLP
335 Madison Avenue, 17th Floor
New York, NY 10017
(212) 702-8100

Dated: July 1, 2004

00011948.DOC

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on  7/1/04

*/s/ Kenneth D. Small*

MAS-20030912
guen
07/01/2004
04:15 PM

## Commonwealth of Massachusetts
### SUFFOLK SUPERIOR COURT
#### Case Summary
#### Civil Docket

# SUCV2004-02404
## OpenPages Inc v Rana

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 06/02/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 07/01/2004 | **Session** | BLS2 - CtRm 20 | | |
| **Origin** | 1 | **Case Type** | BD2 - Proprietary or trade secrets | | |
| **Lead Case** | | **Track** | B | | |

| | | | |
|---|---|---|---|
| **Service** | | **Answer** | **Rule12/19/20** |
| **Rule 15** | | **Discovery** | **Rule 56** |
| **Final PTC** | | **Disposition** | **Jury Trial** No |

### PARTIES

**Plaintiff**
OpenPages Inc
Active 06/02/2004

**Private Counsel 113800**
Harry T Daniels
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000
Fax: 617-526-5000
Active 06/02/2004 Notify

**Private Counsel 562096**
Lisa A Stephania Burton
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000
Fax: 617-526-5000
Active 06/02/2004 Notify

**Private Counsel 636841**
Jessica A Foster
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6474
Fax: 617-526-5000
Active 06/02/2004 Notify

**Private Counsel 652641**
Shari G Kleiner
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6991
Fax: 617-526-5000
Active 06/10/2004 Notify

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2004-02404
### OpenPages Inc v Rana

| Defendant | Private Counsel 567868 |
|---|---|
| Saumya Rana<br>Service pending 06/02/2004 | Kenneth D Small<br>Sherin and Lodgen LLP<br>100 Summer Street<br>28th floor<br>Boston, MA 02110<br>Phone: 617-646-2000<br>Fax: 617-646-2222<br>Active 06/10/2004 Notify |
| **Out-of-state attorney**<br>Michael B Carlinsky<br>Quinn Emanel Urquhart Oliver &<br>335 Madison Ave 17th Floor<br>New York, NY 10017<br>Phone: 212-702-8100<br>& Hedges LLP<br>Active 06/10/2004 | |
| **Out-of-state attorney**<br>Partha P Chattoraj<br>Quinn Emanel Urquhart Oliver &<br>335 Madison Ave 17th Floor<br>New York, NY 10017<br>Phone: 212-702-8100<br>Active 06/10/2004 | |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/02/2004 | 1.0 | Complaint (Business) filed |
| 06/02/2004 | | Origin 1, Type BD2, Track B. |
| 06/02/2004 | 2.0 | Civil action cover sheet filed |
| 06/02/2004 | 3.0 | MOTION for Short Order of Notice |
| 06/02/2004 | 4.0 | Plaintiff OpenPages Inc's MOTION for Temporary Restraining order & Prelim injunc |
| 06/02/2004 | | Upon payment of $90.00, notice to show cause to issue ret'ble Thurs June 10, 2004 jibCtrm #20 @2pm , with TRO to issu (Botsford,J) |
| 06/02/2004 | | Fee Paid Summons,order of notice & TrO issued (see order) |
| 06/02/2004 | 5.0 | ORDER re: TRO (Botsford,J) |
| 06/04/2004 | 6.0 | ORDER re: Notice of Acceptance into the Business Litigation Session (Allan van Gestel, Justice) (entered 6/2/04) |
| 06/04/2004 | 7.0 | Plaintiff OpenPages Inc's MOTION for appointment of special process server All Counties, filed & APPROVED on 6/2/04 (Bargot Botsford, Justice) |
| 06/09/2004 | 8.0 | Joint motion for extension of Temporary restraining order and rescheduling of preliminary injunction hearing (w/o opposition) |
| 06/14/2004 | | MOTION (P#8) ALLOWED (Margot Botsford, Justice) Notices mailed June 11 2004 (entered 6/10/04) |
| 06/24/2004 | 9.0 | Second Joint Motion for extension of Temporary Restraining Order and Rescheduling of Preliminary Injunction hearing |

case01 238694 y y y y y

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
Case Summary
Civil Docket

### SUCV2004-02404
### OpenPages Inc v Rana

| Date | Paper | Text |
|---|---|---|
| 07/01/2004 | | MOTION (P#9) ALLOWED (Margot Botsford, Justice) (Dated 6/29/04) Notices mailed June 30, 2004 |
| 07/01/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Deft. Saumya Rana U. S. Dist.#(04-CV11500JLT). |
| 07/01/2004 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

| Date | Session | Event | Result |
|---|---|---|---|
| 06/10/2004 | CtRm 20 | Motion/Hearing: prel inj | Event held as scheduled |
| 06/21/2004 | CtRm 20 | Motion/Hearing: prel inj | Event not held-joint request |

I HEREBY ATTEST AND CERTIFY ON
July 6, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____
ASSISTANT CLERK.