UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENPAGES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAUMYA RANA, <br><br> Defendant. | Civil Action No. 04-CV-11500-JLT |

**JOINT MOTION FOR ENTRY OF ORDER ON STIPULATION**

The parties in the above-captioned action move jointly for entry of an Order adopting the Stipulation To Extend Temporary Restraining Order to Reschedule Hearing On Preliminary Injunction and To Extend The Time For Defendant to Respond to the Complaint filed Herewith.

OPENPAGES, INC.

By its attorneys,

/s/ Jessica Foster
Lisa Stephanian Burton (BBO# 562096)
Jessica Foster (BBO# 636841)
Shari Kleiner (BBO# 652641)
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

SAUMYA RANA

By her attorneys,

/s/ Kenneth D. Small
Kenneth D. Small (BBO# 567868)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Of Counsel:
Michael B. Carlinsky
Partha P. Chattoraj
Quinn Emanuel Urquhart Oliver & Hedges LLP
335 Madison Avenue
17th Floor
New York, NY  10017
(212) 702-8158

Dated: August 5, 2004