UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| OPENPAGES, INC., | ) ) ) | Civil Action No. 04-CV-11500-JLT |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| SAUMYA RANA, | ) ) |  |
| Defendant. | ) ) |  |

**STIPULATION TO EXTEND TEMPORARY RESTRAINING ORDER TO RESCHEDULE HEARING ON PRELIMINARY INJUNCTION AND TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

1.      On or about June 2, 2004, Plaintiff OpenPages, Inc. ("OpenPages") filed a Verified Complaint, Emergency Motion for an *Ex Parte* Temporary Restraining Order and Preliminary Injunction, Motion for Short Order of Notice, and Motion For Appointment as Process Server in the Superior Court of the Commonwealth of Massachusetts, Suffolk County (hereinafter, "Superior Court"), Civil Action No. 04-2404 BLS (the "State Court Action").

2.      On that same date, the Superior Court issued a summons and entered an *ex parte* Temporary Restraining Order against Saumya Rana ("Rana"), as well as an Order to Show Cause why a Preliminary Injunction should not be entered, returnable on June 10, 2004. On June 3, 2004, the Summons and Temporary Restraining Order were served via hand delivery upon Rana.

3.      On June 9, 2004, the Superior Court, Botsford, J., allowed the parties Joint Motion to adjourn the hearing of Plaintiff's preliminary injunction motion, to extend Defendant's time to respond to the Complaint, and to continue the *ex parte* Temporary Restraining Order.

00016233.DOC

4. On June 29, 2004, the Superior Court, Botsford, J., allowed the parties Joint Motion to adjourn the hearing of Plaintiff's preliminary injunction motion, to extend Defendant's time to respond to the Complaint, and to continue the *ex parte* Temporary Restraining Order.

5. On June 30, 2004, Rana removed the State Court Action to this Court.

6. The parties agree to postpone the hearing on OpenPages' pending motion for a preliminary injunction until the later of August 27, 2004 or the date the parties notify the Court of their request for a hearing, in order to give the parties sufficient time to explore settlement of this action.

7. The parties agree that the Superior Court's Order on OpenPages' *ex parte* Motion for Temporary Restraining Order shall continue in full effect until a settlement is reached or until a hearing on OpenPages' Motion for Preliminary Injunction is held.

8. OpenPages agrees to extend the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint until August 27, 2004.

9. The parties hereby expressly reserve, and do not waive, any of their available rights or remedies.

| | |
|---|---|
| OPENPAGES, INC. | SAUMYA RANA |
| By its attorneys, | By her attorneys, |
| /s/ Jessica Foster_____ | /s/ Kenneth D. Small_____ |
| Lisa Stephanian Burton (BBO# 562096) | Kenneth D. Small (BBO# 567868) |
| Jessica Foster (BBO# 636841) | Sherin and Lodgen LLP |
| Shari Kleiner (BBO# 652641) | 101 Federal Street |
| Wilmer Cutler Pickering | Boston, MA 02110 |
| Hale and Dorr LLP | (617) 646-2000 |
| 60 State Street | |
| Boston, MA 02109 | |
| (617) 526-6000 | |

          Of Counsel:

          Michael B. Carlinsky
          Partha P. Chattoraj
          Quinn Emanuel Urquhart Oliver & Hedges LLP
          335 Madison Avenue
          17th Floor
          New York, NY  10017
          (212) 702-8158

Dated: August 5, 2004