UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| OPENPAGES, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-CV-11500-JLT |
| v. | ) ) ) | |
| SAUMYA RANA, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION FOR ENTRY OF ORDER ON STIPULATION**

Saumya Rana ("Rana") and OpenPages, Inc. ("OpenPages") move jointly for entry of an Order adopting the Stipulation To Extend Temporary Restraining Order to Reschedule Hearing On Preliminary Injunction and To Extend The Time For Defendant to Respond to the Complaint filed Herewith. As grounds for this motion the parties state as follows:

1. The parties have agreed to submit for analysis certain forensically exact duplicates of certain computers and data storage devices to FTI Consulting, Inc. ("FTI"), which will act as a neutral third-party expert. The expense of retaining FTI will be borne equally by the parties.

2. The parties believe that the additional time is necessary to give the parties sufficient time to explore settlement of this action. The time will allow the parties to submit the materials to FTI and for FTI to perform its forensic services.

WHEREFORE, the parties request that the Court enter an Order adopting the Stipulation To Extend Temporary Restraining Order to Reschedule Hearing On Preliminary Injunction and To Extend The Time For Defendant to Respond to the Complaint.

| | |
|---|---|
| OPENPAGES, INC. | SAUMYA RANA |
| By its attorneys, | By her attorneys, |
| /s/ Lisa Stephanian Burton | /s/ Kenneth D. Small |
| Lisa Stephanian Burton (BBO# 562096) | Kenneth D. Small (BBO# 567868) |
| Jessica Foster (BBO# 636841) | Sherin and Lodgen LLP |
| Shari Kleiner (BBO# 652641) | 101 Federal Street |
| Wilmer Cutler Pickering | Boston, MA 02110 |
| Hale and Dorr LLP | (617) 646-2000 |
| 60 State Street | |
| Boston, MA 02109 | |
| (617) 526-6000 | |
| | Of Counsel: |
| | Michael B. Carlinsky |
| | Partha P. Chattoraj |
| | Quinn Emanuel Urquhart Oliver & Hedges LLP |
| | 335 Madison Avenue |
| | 17th Floor |
| | New York, NY 10017 |
| | (212) 702-8158 |
| Dated: August 27, 2004 | |

2

00019245.DOC