UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OPENPAGES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-CV-11500-JLT |
| v. | ) | |
| | ) | |
| SAUMYA RANA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION TO EXTEND DEADLINE TO COMPLY WITH DISCOVERY ORDER

The parties in the above-captioned action move jointly to extend the deadline to comply

with this Court's Discovery Order dated November 3, 2004, from November 17, 2004 until

December 1, 2004.  In support thereof, the parties state that they are actively engaged in

settlement discussions and believe that the additional time may allow the parties to resolve their

dispute without the expenditure of unnecessary time and expense.

**WHEREFORE**, the parties request that the Court extend the deadline to comply with

Court's Discovery Order until December 1, 2004.


OPENPAGES, INC.                          SAUMYA RANA

By its attorneys,                        By her attorneys,


/s/ Jessica Foster                       /s/ Kenneth D. Small
Lisa Stephanian Burton (BBO# 562096)     Kenneth D. Small (BBO# 567868)
Jessica Foster (BBO# 636841)             Sherin and Lodgen LLP
Shari Kleiner (BBO# 652641)              101 Federal Street
Wilmer Cutler Pickering                  Boston, MA 02110
Hale and Dorr LLP                        (617) 646-2000
60 State Street
Boston, MA 02109
(617) 526-6000


00040499.DOC

Of Counsel:
Michael B. Carlinsky
Partha P. Chattoraj
Quinn Emanuel Urquhart Oliver & Hedges LLP
335 Madison Avenue
17th Floor
New York, NY  10017
(212) 702-8158

Dated: November 15, 2004

00040499.DOC