```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

OPEN PAGES, INC.,
    Plaintiff,

   V                            CA 04-11500-JLT
SAUMYA RANA,
   Defendant.

                 SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

    The court having been advised on December 1, 2004 by counsel for the parties that the above action has been settled:  IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within <u>60</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.


                                                Zita Lovett

                                                  /s/
                                                Deputy Clerk

December 8, 2004