# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OPENPAGES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAUMYA RANA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-CV-11500-JLT <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the plaintiff, OpenPages, Inc. and the defendant Saumya Rana, being the parties to the above-captioned action, hereby stipulate and agree that all claims are hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees, and waiving all rights of appeal.

OPENPAGES, INC.
By its attorneys,

/s/ [signature]

Lisa Stephanian Burton (BBO# 562096)
Jessica Foster (BBO# 636841)
Shari Kleiner (BBO# 652641)
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: December 7, 2004

SAUMYA RANA
By her attorneys,

/s/ Kenneth D. Small

Kenneth D. Small (BBO# 567868)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Of Counsel:
Michael B. Carlinsky
Partha P. Chattoraj
Quinn Emanuel Urquhart Oliver & Hedges LLP
335 Madison Avenue, 17th Floor
New York, NY 10017
(212) 702-8100

- 7 -